Hagerman State Bank, Ltd., appellee, v. Ada M. Mariner, appellant.

Attachment proceeding in action on mortgage foreclosure deficiency decree. Judgment for plaintiff. Appeal from the Circuit Court of McDonough county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed

April 29, 1919. Waggoner, J., took no part in the consideration of this case.

George V. Helfrich, for appellant. Lawyer & Hainline, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.